

FILED-USDC-NDTX-DA
'26 FEB 18 PM3:26

ᴋᴍ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | **4:26-cr-53-P** |
| MOHAMMAD DAWOOD ALOKOZAY | |

## INDICTMENT

The Grand Jury charges:

Counts One and Two
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

On or about November 23, 2025, in the Northern District of Texas, Fort Worth

Division, and elsewhere, the defendant, **Mohammad Dawood Alokozay**, knowingly

transmitted in interstate and foreign commerce the electronic communications identified

below containing threats to injure the person of another, for the purpose of issuing

threats, with knowledge that the communications would be viewed as threats, and with

conscious disregard of a substantial risk that the communications would be viewed as

threats, each communication forming a separate count:

| Count | Video Timestamp | Threatening Communication |
|---|---|---|
| One | 1:36 | That he would build an explosive to conduct a suicide attack on the individuals on an interactive video chat, including Victim 1. |
| Two | 5:08 | That he would kill the individuals on an interactive video chat, including Victim 1. |

All in violation of 18 U.S.C. § 875(c).

Indictment—Page 1

Count Three
Use of Interstate Commerce to Threaten Injury by Explosive Device
[Violation of 18 U.S.C. § 844(e)]

On or about November 23, 2025, in the Northern District of Texas, Fort Worth

Division, and elsewhere, the defendant, **Mohammad Dawood Alokozay**, through the use

of the telephone and other instruments of interstate and foreign commerce, did willfully

make a threat to kill, injure, and intimidate any individual and to unlawfully damage and

destroy any building, vehicle, and real and personal property by means of fire and

explosives, to wit: **Alokozay** stated during an interactive video chat using a social media

platform on his phone that he would conduct a suicide bombing against the individuals in

the chat, including Victim 1, and against infidels.

All in violation of 18 U.S.C. § 844(e).

A TRUE BILL

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
vincent.mazzurco@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

MOHAMMAD DAWOOD ALOKOZAY

INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Count 1)

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Count 2)

18 U.S.C. § 844(e)
Use of Interstate Commerce to Threaten Injury by Explosive Device
(Count 3)

3 Counts

A true bill rendered

---

DALLAS                                                                FOREPERSON

Filed in open court this 18 day of February, 2026.

---

**Warrant to be Issued - In State Custody**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  4:25-MJ-730