IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  4 :26-CR-53-O |
| v. | |
| MOHAMMAD DAWOOD ALOKOZAY | |

## UNITED STATES' MOTION TO DESIGNATE
## A CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America respectfully requests that the Court designate a classified information security officer ("CISO"), pursuant to the Classified Information Procedures Act, 18 U.S.C. App III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the Government states the following:

1.      As stated in the government's Notice Pursuant to 18 U.S.C. App. III & Memorandum of Law Regarding the Classified Information Procedures Act (Dkt. No. 20), this case involves classified information. To assist the Court and court personnel in the handling of any motions pursuant to CIPA and implementing any orders related to classified matters, the government requests that the Court designate Mr. Winfield S. "Scooter" Slade, Security Specialist, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

2.      The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Slade is unavailable: Jennifer H.

**United States' Motion to Designate a Classified Security Officer—Page 1 of 2**

Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Vincent J. Mazzurco*
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce St., Ste. 300
Dallas, Texas 75242
Telephone:    214-659-8600
Facsimile:     214-659-8805
Vincent.mazzurco@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on March 3, 2026.

*/s/ Vincent J. Mazzurco*
VINCENT J. MAZZURCO
Assistant United States Attorney

**United States' Motion to Designate a Classified Security Officer—Page 2 of 2**