IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MOHAMMAD DAWOOD ALOKOZAY

NO.  4:26-CR-53-O

## ORDER

After considering the government's Motion for Designation As Complex Case and Motion For Continuance (Dkt. No. 21) in the above-styled cause, the Court is of the opinion that the Motion should be GRANTED.

THE COURT HEREBY FINDS that the ends of justice will be served by granting the continuance and such ends of justice outweigh the interests of the public and the defendant in a speedy trial, based on the following factors:

1. The nature of the facts in this case are unusual and complex, and it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the time limits established by the Speedy Trial Act; and

IT IS HEREBY ORDERED that the trial date will be reset to a date in accordance with the Court's schedule.

IT IS ORDERED that the time period between the filing of the Government's instant motion and the date set above for trial is subject to exclusion under the provisions of Title 18, United States Code, section 3161(h)(7).

**Order—Page 1**

Signed this 9th day of March, 2026.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**