IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  4:26-CR-53-O |
| v. | |
| MOHAMMAD DAWOOD ALOKOZAY | |

## **NOTICE**

The government files this notice to update the Court on the government's efforts regarding the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III. On February 18, 2026, a grand jury returned an indictment charging the defendant with two counts of interstate transmission of threatening communications, in violation of 18 U.S.C. § 875(c), and one count of threatening injury by explosive device through interstate commerce, in violation of 18 U.S.C. § 844(e). (Dkt No. 6.) The defendant made his initial appearance, waived a detention hearing, and was remanded to the U.S. Marshal's custody on February 24, 2026. (Dkt Nos. 11-16). The government then filed a CIPA § 2 Notice on March 3, 2026, apprising the Court that issues related to classified material may arise in this prosecution. (Dkt No. 20.)

Prior to indictment, the government began coordinating with partners in the intelligence community whom it believed could possess potentially discoverable classified information. Partners identified responsive records which the government reviewed. The scope and volume of the materials were limited, and government has completed its review.

On June 3, 2026, the government disclosed to the defendant by letter correspondence pertinent information from the material that had been declassified. There is no other potentially discoverable information in the relevant classified material. The government, therefore, will not seek relief under CIPA § 4 for any classified information in this matter.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Vincent J. Mazzurco
VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce St., Ste. 300
Dallas, Texas 75242
Telephone:   214-659-8600
Facsimile:   214-659-8805
vincent.mazzurco@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on June 8, 2026.

/s/ Vincent J. Mazzurco
Vincent J. Mazzurco
Assistant United States Attorney

**Notice–Page 2**