IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MOHAMMAD DAWOOD ALOKOZAY

NO. 4:26-CR-53-O

## FACTUAL RESUME

In support of Mohammad Dawood Alokozay's plea of guilty to the offense in Count One of the indictment, Alokozay, the defendant, John Nicholson, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the indictment, charging a violation of 18 U.S.C. § 875(c), that is, Transmitting a Threatening Communication in Interstate Commerce, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.* That the defendant knowingly transmitted a communication containing a threat to injure the person of another, as charged in the indictment;

*Second.* That the defendant intended his communication to be a true threat of violence or was reckless as to whether the communication would be viewed as a threat; and

*Third.* That the communication was sent in interstate or foreign commerce.

[1] Fifth Circuit Pattern Jury Instruction ¶ 2.39 (5th Cir. 2024); *Counterman v. Colorado*, 600 U.S. 66 (2023).

## STIPULATED FACTS

1. Mohammad Dawood Alokozay admits and agrees that, on or about November 23, 2025, in the Fort Worth Division of the Northern District of Texas, and elsewhere, he knowingly transmitted in interstate and foreign commerce the following threat, that he would build an explosive to conduct a suicide attack against Victim 1, for the purpose of issuing a threat, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat, in violation of 18 U.S.C. § 875(c).

2. On or about November 23, 2025, while in Fort Worth, Texas, Alokozay utilized his mobile phone to participate in an online chat group with other unknown males, including Victim 1, at least one of which was not present in Texas. Like Alokozay, Victim 1 is from Afghanistan. During the video chat, an argument ensued between Alokozay on the one hand and Victim 1 and approximately three other unknown males on the other. The argument was based on longstanding tribal animosity. Alokozay and the others exchanged highly offensive insults and, in response to a provocation by Victim 1 and the other three unknown males, Alokozay threatened Victim 1. Specifically, Alokozay threatened to do a "suicide attack" against Victim 1 by means of a "suicide bomb." At least one person video-recorded portions of the online chat group argument, which included Alokozay threatening Victim 1, and at least one person uploaded a recording to the online platform, TikTok.

3. Federal Law Enforcement agents reviewed the recording posted to TikTok, interviewed Alokozay, executed a search warrant on his home, conducted a search of his

phone with his consent, found no evidence of bomb-making materials, and concluded that he falsely conveyed his intent to create and use a bomb in response to provocation by Victim 1.

4. Alokozay admits that: (1) within the context of a personal dispute, he threatened to do bodily injury to Victim 1; and (2) that by doing so in the online group chat, he transmitted the threat in interstate and foreign commerce. Alokozay admits that this conduct violates 18 U.S.C. § 875(c).

5. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the indictment.

AGREED TO AND STIPULATED on this 16th day of September, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

MOHAMMAD DAWOOD ALOKOZAY
Defendant

JOHN NICHOLSON
Attorney for Defendant

VINCENT J. MAZZURCO
Assistant United States Attorney
New York Bar No. 5474259
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Tel: (214) 659-8600
Fax: (214) 659-8805
Email: vincent.mazzurco@usdoj.gov