**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**MINUTE ORDER**

| | |
|---|---|
| Type hearing: | Rearraignment, **NON-EVIDENTIARY** HELD |
| Case number: | 4:26-CR-00053-O |
| Defendant | MOHAMMAD DAWOOD ALOKOZAY, sworn |
| Court Reporter | Monica Guzman |
| Interpreter: | Jawald Samadey (Pashto) |
| US Attorney: | Vincent J Mazzurco |
| Defense Attorney: | John M Nicholson-FPD |
| Time in Court: | 1 hour minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | 6th day of October, 2026 |
| Status: | Defendant entered plea of guilty to Count(s) 1 of the Indictment<br>Deft TBS: 9:00 am - February 4, 2027<br>PSI Referral Form to Defendant's Attorney<br>Scheduling Order to follow<br>Deft continued in custody |
| Deputy Clerk: | Julie Harwell |